964 A.2d 300

IN THE MATTER OF OUSMANE DHU'L–NUN AL–MISRI,
AN ATTORNEY AT LAW (ATTORNEY NO. 006961979).

February 13, 2009.

### ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 08–194, concluding that **OUSMANE DHU'L–NUN AL–MISRI** of **NEWARK,** who was admitted to the bar of this State in 1979, should be censured for violating *RPC* 1.1(a)(gross neglect), *RPC* 1.15(a)(commingling of personal and trust funds), *RPC* 1.15(d)(recordkeeping violations), *RPC* 5.5(a)(practicing law while ineligible), and *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation);

And the Disciplinary Review Board having further concluded that respondent should be required to submit quarterly reconciliations of his attorney accounts to the Office of Attorney Ethics for a period of two years;

And good cause appearing;

It is ORDERED that **OUSMANE DHU'L–NUN AL–MISRI** is hereby censured; and it is further

ORDERED that respondent shall submit to the Office of Attorney Ethics quarterly reconciliations of his attorney accounts for a period of two years and until the further Order of the Court; and it is further

504

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.